```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BRYANT,

                Plaintiff,

-against-

CITY OF NEW YORK; C.O. ROJO #15335,

                Defendants.

1:19-cv-7335-GHW

SECOND ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

The deadline for the City of New York and Rojo to comply with Local Civil Rule 33.2 is extended to 120 days of the date of this order.

The Court directs the Clerk of Court to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York and Rojo (Badge No. 15335) waive service of summons.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 7, 2020
        New York, New York

                                              GREGORY H. WOODS
                                             United States District Judge