USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BRYANT,

                Plaintiff,

-against-

CITY OF NEW YORK; C.O. ROJO #15335,

                Defendants.

1:19-cv-7335-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In light of Corporation Counsel's March 31, 2020 letter and the ongoing novel coronavirus pandemic, the deadline for both Defendants to answer or otherwise respond to the complaint is extended to August 6, 2020.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Corporation Counsel is directed to serve a copy of this order on Plaintiff and file proof of service on the docket.

SO ORDERED.

Dated: April 1, 2020

                                            GREGORY H. WOODS
                                            United States District Judge