```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BRYANT,

                Plaintiff,

-against-

CITY OF NEW YORK; C.O. ROJO #15335,

                Defendants.

1:19-cv-07335-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Defendants' application to adjourn the initial pretrial conference scheduled for August 26, 2020, is denied. As of August 11, 2020, Mr. Murray was the only counsel of record for Defendants. The parties are directed to follow the Court's August 11, 2020 order, Dkt. No. 22.

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: August 12, 2020

                                                  GREGORY H. WOODS
                                                  United States District Judge